**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CRIMINAL NO.  3:24-mj- 0096 |
| | ) |
| v. | ) Steal Public Money, Property, or Records |
| | ) 18 U.S.C. Section 641 |
| COLLIN J. MCCARTHY, | ) (Count 1) |
| | ) |
| *Defendant.* | ) |
| | ) |

**CRIMINAL INFORMATION**

THE UNITED STATES ATTORNEY CHARGES THAT:

**COUNT ONE**

**(Citation No. E2128680)**

On or about May 20, 2024, in the Eastern District of Virginia at Fort Gregg-Adams, Virginia, property administered by the Department of Defense, within the jurisdiction of this Court and the special territorial jurisdiction of the United States, the defendant COLLIN J. MCCARTHY, stole items of value with an aggregate value not exceeding the sum of $1000, which were property of the United States.

(In violation of Title 18, United States Code, Section 641.)

JESSICA D. ABER
UNITED STATES ATTORNEY

By:  _____/s/_____
Adam J. Wise
Maryland Bar No. 2211290272
Special Assistant United States Attorney
United States Attorney's Office
919 East Main Street, Suite 1900
Richmond, VA 23219
Phone: (804) 765-1534
Fax: (804) 765-1950
Email: adam.j.wise7.mil@army.mil

1